UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEWAYNE THOMPSON,**<br><br>             **Plaintiff,**<br><br>       v.<br><br>**J. FERRSO, Correctional Officer, property officer, individual,**<br><br>             **Defendant.** | NO. CV 20-8241 SVW (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the Motion for Summary Judgment ("Motion") filed by Defendant, the April 17, 2023 Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections to the Report, and all records herein.  Having completed its review, the Objections are OVERRULED and the Court accepts the findings and recommendations set forth in the Report.

   Accordingly, IT IS ORDERED that: (1) Defendant's Motion is DENIED as to Plaintiff's retaliation claims based on Defendant's alleged refusal to give Plaintiff a replacement typewriter and based on Defendant's alleged verbal threat;

   / / /

   / / /

   / / /

and (2) Defendant's Motion is GRANTED as to Plaintiff's retaliation claim based on the allegedly false December 23, 2019 RVR.

IT IS SO ORDERED.

DATED: July 5, 2023

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE